# Exhibit "A"

Filing # 73473692 E-Filed 06/13/2018 08:38:20 AM

IN THE CIRCUIT COURT FOR THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

RICHARD LILLY,                           CASE NO.:

    Plaintiff,

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

    Defendant.
_____/

## **COMPLAINT FOR DAMAGES**

The Plaintiff, RICHARD LILLY by and through the undersigned attorney sues the

Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, and alleges as follows:

1.    This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00).

2.    At all times material hereto, the Plaintiff, RICHARD LILLY, was a resident of

Broward County, Florida, and is *sui juris*.

3.    At all times material hereto, the Defendant, FAMILY DOLLAR STORES OF

FLORIDA, LLC (hereinafter "FAMILY DOLLAR"), was a foreign corporation duly authorized

to conduct business in the State of Florida, and is *sui juris*.

4.    Venue is proper in Miami-Dade County, Florida, as the accident that is the subject

of the Complaint occurred in Miami-Dade County.

5.    At all times material hereto, the Defendant, FAMILY DOLLAR, owned and/or

operated and/or maintained a discount store located at 4669 N.W. 183rd Street, Opa Locka,

d.      Inadequate/negligent maintenance of its premises;

e.      Failure to warn or inadequacy of warning concerning the dangerous and hazardous conditions; and

f.      Any and all other acts of negligence.

12.     As a direct and proximate result of the Defendant's negligence and/or failure to warn of the dangerous and/or hazardous conditions(s), Plaintiff, RICHARD LILLY, suffered serious bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, significant and permanent scarring, loss of capacity for the enjoyment of life, expenses of hospitalization, now and in the future, medical and nursing care and treatment, now and in the future, enhanced insurance costs in the future, loss of earnings, and loss of ability to earn money now and in the future.

**WHEREFORE**, the Plaintiff, RICHARD LILLY, demands judgment from the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, for damages, costs, interest and any other relief which this Court may deem appropriate.

3

## DEMAND FOR JURY TRIAL

The Plaintiff, RICHARD LILLY, herein demands a trial by jury on all issues so triable

by law.

Dated this 13<u>th</u> day of June, 2018.

MARK ALLEN EGNER, P.A.
*Attorney for Plaintiff*
1531 N.W. 13th Court
Miami, Florida 33125
Tel.: (786) 899-0833
Fax: (305) 397-0913
Primary Email: egnerpleadings@gmail.com
Secondary Email: lawinfofl@me.com
Tertiary Email: cdiez@daneridiez.com


By:    /s/ Mark Allen Egner
        MARK ALLEN EGNER
        FBN: 576743

4

Filing # 73473692 E-Filed 06/13/2018 08:38:20 AM

IN THE CIRCUIT COURT FOR THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

RICHARD LILLY,                           CASE NO.:

     Plaintiff,

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

     Defendant.
_____/

### PLAINTIFF'S REQUEST FOR ADMISSIONS

**COMES NOW** the Plaintiff, RICHARD LILLY by and through her undersigned counsel, and requests the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, pursuant to Rule 1.370 of the Florida Rules of Civil Procedure, to admit or deny the following:

1.    That FAMILY DOLLAR STORES OF FLORIDA, LLC is the correct registered name.

2.    That FAMILY DOLLAR STORES OF FLORIDA, LLC was in possession and/or control of and/or maintained a discount store located at 4669 N.W. 183rd Street, Opa Locka, Miami-Dade County, in the State of Florida, on or about June 4, 2017

3.    The Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, its agents, employees or representatives, did, in fact, negligently maintain its premises by either creating or failing to correct a dangerous condition of which the Defendant knew or should have known of through the exercise of reasonable care, including but not limited to, dangerous condition

existing causing the Plaintiff, RICHARD LILLY, to injure himself.

4.     That the plaintiff, RICHARD LILLY, has sustained a permanent injury.

5.     That the defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, maintained a policy of insurance on June 4, 2017, which contained provisions for bodily injury insurance.

6.     That the Plaintiff has incurred medical expenses as a result of the subject accident.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served on Defendant, along with the Summons, Complaint, Request for Production and Premises Interrogatories.

Dated this 13ᵗʰ day of June, 2018.

MARK ALLEN EGNER, P.A.
*Attorney for Plaintiff*
1531 N.W. 13ᵗʰ Court
Miami, Florida 33125
Tel.: (786) 899-0833
Fax: (305) 397-0913
Primary Email: egnerpleadings@gmail.com
Secondary Email: lawinfofl@me.com
Tertiary Email: cdiez@daneridiez.com


By:     /s/ Mark Allen Egner
        MARK ALLEN EGNER
        FBN: 576743

Filing # 73473692 E-Filed 06/13/2018 08:38:20 AM

IN THE CIRCUIT COURT FOR THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA


RICHARD LILLY,                          CASE NO.:

     Plaintiff,

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

     Defendant.
_____/

### PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT

**COMES NOW** the Plaintiff, RICHARD LILLY, by and through undersigned counsel and propounds the attached Request for Production to the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC to be answered under oath or objected to within thirty (30) days from receipt thereof pursuant to Rule 1.350 of the Florida Rules of Civil Procedure.

1.     Any and all statements of the Plaintiff and/or Plaintiff's agents.

2.     All photographs in the possession of the Defendants, its agents, or attorneys of the accident scene and the persons involved.

3.     Any and all photographs and/or movies of the Plaintiff resulting from surveillance and/or investigation of the Plaintiff.

4.     Copy of the incident or accident report prepared in response to the within accident.

5.     Any and all incident/accident reports for accidents during the two years preceding this accident that have occurred in the same general location and which are of the same general type of accident as the accident complained of in the within suit.

6.     Any and all maintenance and/or cleaning or inspection records during the one week preceding this accident for the particular are of the store/premises/building involved in the within accident.

7.   Any and all safety manuals, safety brochures, training films or manuals, pamphlets, posters, films or their transcript bearing upon safety, customer safety, cleanliness and maintenance of the area where the accident occurred.

8.   Any and all letters, complaints, telephonic messages etc., concerning the condition of the area where the Plaintiff was injured during the one year preceding this accident and the one year subsequent to this accident.

9.   All documents that reflect the periodic inspection process on the day of the incident which is the subject matter of this lawsuit.

**\*NOTE: If an objection to the production of any of the above requests are based on a privilege, please provide a concise privilege log.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served on Defendant, along with the Summons, Complaint, Request for Admissions and Premises Interrogatories.

Dated this 13<u>th</u> day of June, 2018.

MARK ALLEN EGNER, P.A.
*Attorney for Plaintiff*
1531 N.W. 13th Court
Miami, Florida 33125
Tel.: (786) 899-0833
Fax: (305) 397-0913
Primary Email: egnerpleadings@gmail.com
Secondary Email: lawinfofl@me.com
Tertiary Email: cdiez@daneridiez.com

By:   /s/ Mark Allen Egner
      MARK ALLEN EGNER
      FBN: 576743

2

Filing # 73473692 E-Filed 06/13/2018 08:38:20 AM

IN THE CIRCUIT COURT FOR THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

RICHARD LILLY,                          CASE NO.:

     Plaintiff,

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

     Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING PREMISES INTERROGATORIES
## TO FAMILY DOLLAR STORES OF FLORIDA, LLC

     PURSUANT to Rules 1.280 and 1.340 of the Florida Rules of Civil Procedure, Plaintiff

propounds to the Defendant the attached Interrogatories to be answered under oath and in writing

within thirty (30) days.

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished/

served on Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, with the Summons,

Complaint, Request for Production and Request for Admissions.

<div style="margin-left: 40%;">

MARK ALLEN EGNER, P.A.
*Attorney for Plaintiff*
1531 N.W. 13th Court
Miami, Florida 33125
Tel.: (786) 899-0833
Fax: (305) 397-0913
Primary Email: egnerpleadings@gmail.com
Secondary Email: lawinfofl@me.com
Tertiary Email: cdiez@daneridiez.com


By:  /s/ Mark Allen Egner
     MARK ALLEN EGNER
     FBN: 576743

</div>

## PREMISES INTERROGATORIES TO DEFENDANT

1.      Please state the name and address of the owner(s) of the premises at which the Plaintiff was injured and if said owner(s) are a corporate entity, please give the name(s) and address(es) of each of the officers of said corporation and the resident agent(s).  If said ownership is a partnership or a limited partnership, please give the name and address of each partner and/or limited partner.

2.      Is the Defendant correctly named in the Complaint?  If not, please state with specificity the correct name of the owner of said property.

3.      Have you ever been convicted of a crime, other than any juvenile adjudication, that was under the law punishable by death or imprisonment in excess of one (1) year, or that involved dishonesty or false statement, regardless of the punishment?  If so, state as to each conviction for the specific crime, the date and place of conviction.  (Due to the fact that the Defendant is a corporation, this interrogatory is directed to the individual/representative providing the responses to these interrogatories)

4.      Describe in detail how the incident described in the Complaint happened, including all actions taken by you to prevent the incident.

5.   State the names, addresses and telephone numbers of all employees or agents of the Defendant present at the time of the alleged occurrence.

6.   State the name, age, address, occupation and place of employment of every person or eyewitness known to the Defendant, its agents, servants and employees having knowledge of any relevant facts pertaining to the above entitled action and state what knowledge they have.

7.   Please state the name(s) and address(es) of each and every individual and/or company who were performing work at the Defendant's premises at the time of this incident.

8.   List the names, addresses and telephone numbers of all persons who are believed or known   by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

9.      State whether there have been prior incidents at the location in question within three (3) years prior to the present incident stated in the Complaint. If so, state:

   a.      The exact location and date of the accident.

   b.      How the accident occurred.

   c.      Whether any record was made of the accidents, and, if so, the names and addresses of any person(s) in whose possession the same is now.

   d.      The name, address, telephone number and present whereabouts of witnesses or purported witnesses having any knowledge about the said accident.

10.     Were any reports made, photographs taken or sketches, drawings, following this accident by any person known to Defendant purporting to describe the accident or show the area involved in this accident as it existed at the time of the accident and, if so, state the name(s) and address(es) of each such person, the exact date said items were taken or made, a description of said items and who has custody of said items at the present time.

11.     Were any safety inspections conducted by this Defendant, within the week prior to and including the date of said incident, regarding the premises wherein the Plaintiff was injured?  If so, please state the name and address of the person conducting the inspection and whether any reports or other memorandum were generated as a result of said inspections including the nature and reason for such inspections.

12.     Did this Defendant take any precautions to prevent the incident and/or injuries which the Plaintiff sustained as alleged in the Complaint.  If so, please state what precautions were taken.  If not, please state why such precautions were not taken.  Also list the name and address of the persons who decided to take the safety precautions or not.

13.      Were you charged with any violation of law (including any regulations or ordinances) arising out of the incident described in the Complaint? If so, what was the nature of the charge; what plea, or answer, of any did you enter to the charge; what court or agency heard the charge; was any written report prepared by anyone regarding the charge, and if so what is the name and address of the person or entity that prepared the report and do you have a copy of it; and was the testimony at any trial, hearing, or other proceeding on the charge recorded in any manner, and, if so, what was the name and address of the person who recorded the testimony ?

14.      Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

15.      State the facts upon which you rely for each affirmative defense in your answer.

16.      Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, please state the full name and address for each such person or entity, the legal basis for your contention, the facts or evidence upon which you contention is based, and whether or not you have notified each such person or entity of your contention.

17.     Do you have any knowledge concerning any prior and/or subsequent accident suffered by the Plaintiff, and if so, please state the nature of the injury, the date the Plaintiff was injured, the date of the accident, and how the Plaintiff was injured.

18.     Please state of you have ever been a party, either plaintiff or defendant, in a similar lawsuit other than the present matter, and if so state whether you were the plaintiff or the defendant, the nature of the action, and the date and court in which the suit was filed in the past five years prior to this incident.

19.     State whether there is or was in existence any policy of liability insurance including any excess of umbrella insurance which would or might inure to the benefit of the Plaintiff herein, by providing for payment of a part of all of any judgment rendered in favor of the Plaintiffs against any Defendant or against any other person, firm or corporation who is or may be liable to the Plaintiffs by reason of the incident described in the Complaint, and, if so state: The name and address of the insurer on each such policy, the name and address of each named insured on each such policy, the policy number of each such policy, the limits of liability in such policy.

20.     Have you made an arrangement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case?  If so, state the terms of the agreement and the parties to it.

21.     Please state whether or not any form of surveillance has been taken of the Plaintiff and if so, the type of surveillance, where it was taken and the name, address and telephone number of the person/entity who obtained the surveillance.

22.     Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, please state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of the statement.

23.     State the names, ages, addresses, occupations and places of employment of every person from whom a written or taped statement was obtained by the Defendant, it's agents, servants and employees concerning the above titled lawsuit and the date and place where such statements were taken.

24.     Do you contend that any contract, contractual provision, law and/or regulation or other provision exonerates or relieves this Defendant of liability for the Plaintiff's injuries including, but not limited to, the duty to properly design, supervise, inspect, etc. the area wherein the Plaintiff was injured? If so, please specifically identify any such provision and the relevant language of the provision and also list the name and address of the person who has custody of said provision or contract.

25.     Do you contend that this Defendant is entitled to summary judgment regarding liability and/or damages sustained by the Plaintiff? If so, state with particularity the basis for said opinion and all evidence which supports said contention.

_____
AFFIANT

STATE OF FLORIDA       )
                       ) SS:
COUNTY OF_____)


     BEFORE    ME,    the    undersigned    authority,    personally    appeared

_____, personally known to me, or who produced identification of

_____, who after being first duly sworn, deposes and states that he, she,

they executed the foregoing and that it is true and correct.


     Sworn to and subscribed before me this _____ day of _____, 2018.


_____
Notary Public

My Commission Expires:

Filing # 73780764 E-Filed 06/19/2018 02:27:07 PM

IN THE CIRCUIT COURT FOR THE 11ᵀᴴ JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

RICHARD LILLY,                          CASE NO.: 2018-019972-CA-01

     Plaintiff,

vs.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

     Defendant.

_____/

## SUMMONS

THE STATE OF FLORIDA

     To All and Singular the Sheriffs of the State:

     **YOU ARE COMMANDED** to serve this summons and a copy of the Complaint or Petition in this action on Defendant:

     **FAMILY DOLLAR STORES OF FLORIDA, LLC**
     **Corporation Service Company, Registered Agent**
     **1201 Hays St**
     **Tallahassee, FL 32301**

     Each Defendant is required to serve written defenses to the Complaint or Petition on MARK ALLEN EGNER, Plaintiff's attorney, whose address is: **MARK ALLEN EGNER, P.A., 1531 N.W. 13ᵗʰ Court, Miami, Florida 33125**, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

                                   6/26/2018

WITNESS my hand and the seal of this Court on _____.

     CLERK OF THE COURT

                  *Gonelle Brown* 164659
     By: _____
                       Deputy Clerk

Filing # 76082154 E-Filed 08/07/2018 12:42:13 PM

003538.000249

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORDIA
CASE NO.: 2018-019972-CA-01

RICHARD LILLY,

      Plaintiff,

v.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

      Defendant.

_____/

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the law firm of MINTZER SAROWITZ ZERIS LEDVA &
MEYERS, LLP, The Waterford at Blue Lagoon, 1000 N.W. 57th Court, Miami, Florida 33126, by
and through undersigned counsel, hereby files this Notice of Appearance as counsel for Defendant,
FAMILY DOLLAR STORES OF FLORIDA, INC., and requests that copies of all future
correspondence, pleadings, discovery and all other written items and/or communications in this case
be directed to the undersigned.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via
Electronic Service to all parties on the attached Service List on this __7__ day of August, 2018.

                    MINTZER, SAROWITZ, ZERIS, LEDVA
                    & MEYERS, LLP
                    The Waterford at Blue Lagoon
                    1000 N.W. 57th Court, Suite 300
                    Miami, Florida 33126
                    Phone:     (305) 774-9966
                    Fax:       (305) 774-7743
                    Email: asaruski@defensecounsel.com

             By:   */s/ Ana M. Saruski*
                    ANA M. SARUSKI
                    Florida Bar No.  903167

CASE NO.: 2018-019972-CA-01
Page 2 of 2

## **SERVICE LIST**

**_Counsel for Plaintiff Richard Lilly:_**
Mark Allen Egner, Esq.
MARK ALLEN EGNER, P.A.
1351 NW 13th Court
Miami, FL  33125
(786) 899-0833
(305) 397-0913
egnerpleadings@gmail.com
lawinfofl@me.com
cdiez@daneridiez.com

Filing # 76082154 E-Filed 08/07/2018 12:42:13 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORDIA
CASE NO.: 2018-019972-CA-01

RICHARD LILLY,

       Plaintiff,

v.

FAMILY DOLLAR STORES OF FLORIDA,
LLC,

       Defendant.

_____/

## NOTICE OF COMPLIANCE WITH RULE 2.516(b)(1)
## AND DESIGNATION OF E-MAIL ADDRESS

      Defendant, FAMILY DOLLAR STORES OF FLORIDA, INC., by and through its undersigned counsel, hereby files this Notice of Compliance with Rule 2.516(b)(1) and Designation of E-mail address and designates the following e-mail addresses for service in this case:

<div align="center">

asaruski@defensecounsel.com
jgoran@defensecounsel.com
ecartin-avila@defensecounsel.com
miamipleadigns@defensecounsel.com

</div>

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Service to all parties on the attached Service List on this  7 day of August, 2018.

MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP
The Waterford at Blue Lagoon
1000 N.W. 57th Court Suite 300
Miami, FL 33126
Phone: (305) 774-9966
Fax:    (305) 774-7743
Email: asaruski@defensecounsel.com

By:  _____*/s/ Ana  M. Saruski*_____
      ANA M. SARUSKI
      Florida Bar No.  903167

*IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY,*
*FLORDIA*
*Case No.: 2018-019972-CA-01*
*Page 2 of 2*

## SERVICE LIST

**_Counsel for Plaintiff Richard Lilly:_**
Mark Allen Egner, Esq.
MARK ALLEN EGNER, P.A.
1351 NW 13th Court
Miami, FL  33125
(786) 899-0833
(305) 397-0913
egnerpleadings@gmail.com
lawinfofl@me.com
cdiez@daneridiez.com

Filing # 76084003 E-Filed 08/07/2018 01:03:33 PM

003538.000249

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE
COUNTY, FLORDIA

CASE NO.: 2018-019972-CA-01

RICHARD LILLY,

     Plaintiff,

v.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

     Defendant.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

     YOU ARE HEREBY NOTIFIED that the attached copy of the Notice of Removal of

Removal to the United States District Court for the Southern District of Florida, Miami Division has

been filed in person with the Clerk of said District Court in Miami, Florida on this 7th day of August,

2016. *See a true and correct copy of the Notice of Removal attached hereto as "Exhibit 1."*

     Pursuant to 28 U.S.C. Section 1446(d), the Defendant respectfully requests that this Court

proceed no further in this cause unless and until this case is remanded.

[SPACE INTENTIONALLY LEFT BLANK]

CASE NO.: 2018-019972-CA-01
Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via

Electronic Service to all parties on the attached Service List on this 7th day of August, 2018.

MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP
The Waterford at Blue Lagoon
1000 N.W. 57th Court
Suite 300
Miami, Florida 33126
Phone:       (305) 774-9966
Fax:         (305) 774-7743
Email: asaruski@defensecounsel.com

By: _____
ANA M. SARUSKI
Florida Bar No. 903167

## SERVICE LIST

**_Counsel for Plaintiff Richard Lilly:_**
Mark Allen Egner, Esq.
MARK ALLEN EGNER, P.A.
1351 NW 13th Court
Miami, FL 33125
Ph:    (786) 899-0833
Fax:   (305) 397-0913

003538.000249

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### MIAMI-DADE DIVISION

Case No: _____

Circuit Court Case No. 2018-019972-CA-01

RICHARD LILLY,

     Plaintiff,

v.

FAMILY DOLLAR STORES OF
FLORIDA, LLC,

     Defendant.

_____/

## DEFENDANT, FAMILY DOLLAR STORES OF FLORIDA, LLC'S NOTICE OF REMOVAL

The Defendant, FAMILY DOLLAR STORES OF FLOIRDA, LLC, by and through the undersigned counsel, hereby gives notice of filing its Notice of Removal in the above-styled action from the Circuit Court of the 11th Judicial Circuit in and for Miami Dade County, Florida, Case No.: 2018-019972-CA-01, to this Court. Removal is proper pursuant to 28 U.S.C. Sec. 1441(b) based on the following grounds:

*Diversity of Citizenship*

1.     On or about June 19, 2018, the Plaintiff, RICHARD LILLY, filed suit in the Circuit Court of Miami-Dade County, Florida against the Defendant, FAMILY DOLLAR STORES OF FLOIRDA, LLC. The Complaint was served upon the Defendant on or about July 19, 2018. (A true and correct copy of the Summons, Complaint and all other pleadings are attached hereto as composite Exhibit "A." The civil cover sheet is attached as Exhibit "B") This notice is filed within the time provided



by 28 U.S.C. Sec. 1332 and Rule 81(c), Fed.R.Civ.P.

2.     This Court has jurisdiction over this matter under 28 U.S.C 1332 (a)(1) because complete diversity exists between the Plaintiff and the Defendant, FAMILY DOLLAR STORES OF FLOIRDA, LLC, and the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

3.     The Plaintiff is a citizen of the State of Florida and a resident of Miami-Dade County.

4.     The Defendant, FAMILY DOLLAR STORES OF FLOIRDA, LLC is a citizen of Virginia since is located in Chesapeake, VA and its principal place of business is in Chesapeake, VA.  *See Rolling Greens MHP, LP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004) (holding that "a limited liability company is a citizen of any state of which a member of the company is a citizen") as well as 2016 Florida Limited Liability Company Annual Report for FAMILY DOLLAR STORES OF FLOIRDA, LLC attached hereto as "Exhibit C."

5.     The amount in controversy in this lawsuit exceeds $75,000.00, exclusive of interest and costs. This action is a personal injury action in which Plaintiff claims substantial damages as a result of an alleged slip and fall accident occurring on or about June 4, 2017, at a retail establishment.

6.     Defendant states upon reasonable inference and belief and without in any way acquiescing or conceding fault, liability, or a presumption of any damages due to the Plaintiff, that if the Plaintiff can prevail against the Defendant in this action on liability theories, the Plaintiff's recovery can legitimately be expected to exceed $75,000.00.

7.     As such, this case is removable pursuant to 28 U.S.C. § 1441(a), which provides that "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of

which the district courts of the United States have original jurisdiction, may be removed by the

defendant or the defendants, to the district court of the United States for the district and division

embracing the place where such action is pending."

8.        Venue is proper in this Court under 28 U.S.C. Sec. 1391 *et seq*.

9.        Simultaneously with this Notice of Removal the Defendant has filed all pleadings that have

been filed to date with the Eleventh Judicial Circuit Court.

WHEREFORE, the Defendant, FAMILY DOLLAR STORES OF FLOIRDA, LLC, gives

notice that the above-referenced action has been removed to this Court.

Respectfully submitted this 7th day of August, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via

Electronic Service to all parties on the attached Service List on this __7__ day of August , 2018 .

MINTZER, SAROWITZ, ZERIS, LEDVA
& MEYERS, LLP
The Waterford at Blue Lagoon
1000 N.W. 57th Court
Suite 300
Miami, Florida 33126
Phone:        (305) 774-9966
Fax:           (305) 774-7743
Email: asaruski@defensecounsel.com

By: _____
ANA M. SARUSKI
Florida Bar No.  903167

CASE NO.: 2018-019972-CA-01
Page 4 of 4

**SERVICE LIST**

**_Counsel for Plaintiff Richard Lilly:_**
Mark Allen Egner, Esq.
MARK ALLEN EGNER, P.A.
1351 NW 13th Court
Miami, FL  33125
Ph:     (786) 899-0833
Fax:    (305) 397-0913